## 23876

Jerome ADDISON, Petitioner v. STATE of South Carolina, Respondent.

(431 S.E. (2d) 584)

Supreme Court

*M. Anne Pearce*, of *South Carolina Office of Appellate Defense*, Columbia, *for petitioner*.

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Joseph D. Shine, Asst. Attys. Gen. Delbert H. Singleton, Jr.,* and *Lisa G. Jefferson*, Columbia, *for respondent*.

Submitted May 19, 1993; Decided June 21, 1993.

Reh. Den. July 13, 1993.

*Per Curiam:*

We granted petitioner's application for writ of certiorari to review the denial of his application for postconviction relief. We dismiss the writ as improvidently granted.

Dismissed.